**Exhibit A to the Complaint**

**Location:** Jenison, MI
**Total Works Infringed:** 36

**IP Address:** 108.239.48.71
**ISP:** AT&T Internet

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 9B69F2886564D3379261C94642511629ACB7988A | 08/16/2026 15:02:34 | Vixen | 07/21/2026 | 07/29/2026 | PA0002596437 |
| 2 | DDB0BF17C197427DD020F7C5BA375F9AC56966E6 | 08/15/2026 04:59:59 | Blacked | 11/29/2024 | 12/13/2024 | PA0002506313 |
| 3 | 19A8A9020CFCE1BD3F2E3940CF5DC5D5EAF06F3B | 08/14/2026 19:04:25 | Blacked Raw | 09/02/2024 | 09/17/2024 | PA0002490348 |
| 4 | F4789DF97974DF85C82E6B3320EFD047ABC1FB69 | 08/14/2026 19:02:12 | Blacked Raw | 05/06/2024 | 05/07/2024 | PA0002469675 |
| 5 | D2B10A1EA574F6CEECE0F89D3019A4EAC8E18A24 | 08/14/2026 09:14:57 | Blacked | 04/18/2024 | 05/08/2024 | PA0002470014 |
| 6 | 7EE2E108F516290D78C62748C3A63ED9FFD208A0 | 08/14/2026 03:01:48 | Blacked | 07/17/2024 | 08/14/2024 | PA0002484871 |
| 7 | DF16FC79859F7A96AEB37D391BF0A4FF65B65541 | 08/14/2026 02:33:29 | Blacked | 01/23/2026 | 01/28/2026 | PA0002563704 |
| 8 | E1EFAD7C6DEA53A76D8EC60E73CBF6D4B59FFAC4 | 08/14/2026 01:41:33 | Vixen | 11/28/2025 | 12/09/2025 | PA0002556533 |
| 9 | 9D9D5B3F6D32B242632DC81852D5BC619342D37E | 08/14/2026 01:40:26 | Blacked | 08/16/2025 | 08/19/2025 | PA0002545676 |
| 10 | 55CAC08B13FBBD0464EA5F0FD513A60709B79E6E | 08/14/2026 01:37:44 | Blacked | 12/09/2023 | 01/15/2024 | PA0002449247 |
| 11 | C5297364C1314AC33A6C332B18E738AFF64A0985 | 08/14/2026 01:27:17 | Blacked Raw | 05/26/2026 | 05/29/2026 | PA0002586644 |
| 12 | BBDFEDB2F5C0976A2E31DABDF976C1F94634C066 | 08/14/2026 00:01:21 | Vixen | 06/30/2023 | 07/13/2023 | PA0002420344 |
| 13 | 90C4D121224267CF29B8B6785393DD0FC4631FE2 | 08/13/2026 23:28:38 | TushyRaw | 08/02/2026 | 08/05/2026 | PA0002597691 |
| 14 | 7D876817AF91151926A2C4590E9EB0D38F9BB646 | 09/30/2025 13:31:20 | Blacked | 08/13/2019 | 08/22/2019 | PA0002195504 |
| 15 | AE67104F4F9A5DF0D5659BCB04BD09AD1F1E872D | 09/29/2025 14:33:40 | Slayed | 07/09/2024 | 09/05/2024 | PA0002491133 |
| 16 | 93C73E9FE15C7899BE0A0588C4655B8D64B1EE5C | 09/29/2025 10:20:40 | TushyRaw | 03/26/2024 | 04/12/2024 | PA0002465218 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | BD4336234DEBDB7D552AAE726BEB2DF1A6D58688 | 09/29/2025 09:41:39 | TushyRaw | 08/03/2025 | 08/08/2025 | PA0002544246 |
| 18 | 5C07AEB08E278ABE7CE1BF506B4D7DF51F515BF2 | 09/29/2025 09:36:35 | Blacked | 10/10/2024 | 10/16/2024 | PA0002494697 |
| 19 | A5E800DEB8BD05ADE533629C6FA5F8256CC493CE | 09/29/2025 09:11:37 | Blacked Raw | 06/05/2025 | 06/09/2025 | PA0002534197 |
| 20 | 834C1D91BFAE69D164727419AFB38F9F98407FBB | 09/29/2025 07:51:38 | Vixen | 01/31/2025 | 02/18/2025 | PA0002515961 |
| 21 | 8A214035F597E852F14FDE39D7725DD87305BFF0 | 09/29/2025 07:45:09 | Blacked Raw | 04/29/2024 | 05/07/2024 | PA0002469677 |
| 22 | 75FFB37DE6E291932061358797A751EA0EDDE22B | 07/27/2025 02:44:04 | Vixen | 04/09/2018 | 06/19/2018 | PA0002126676 |
| 23 | 72D54E0CF33917A649A1639213953449D3AB2B95 | 07/12/2025 21:08:26 | Blacked | 02/04/2019 | 03/24/2019 | PA0002183208 |
| 24 | B6F57B681C877C2A3D778C336017FFA82C31CBA3 | 06/20/2025 08:53:28 | Blacked | 04/08/2025 | 04/22/2025 | PA0002527048 |
| 25 | 1FEE39905D7EC02C5FC1C00F00A863997E6E41A1 | 01/20/2025 22:08:42 | Blacked | 02/03/2024 | 02/14/2024 | PA0002455061 |
| 26 | 16F95F398FF7FA53BB9DD43965822469D8BAC997 | 01/20/2025 12:19:07 | Blacked | 05/23/2024 | 06/18/2024 | PA0002476881 |
| 27 | 6968A001523143D1E0EC0A7D66A6FD4B1919D5B4 | 01/20/2025 10:56:46 | Blacked Raw | 07/01/2024 | 07/15/2024 | PA0002480619 |
| 28 | 782B39E7E1BC045D9461E37488FC4EE85D30EA48 | 01/20/2025 10:15:23 | Blacked | 12/11/2017 | 01/04/2018 | PA0002097429 |
| 29 | 182CAB69B9C11DEBBAA2FA0B2F8C203A78106C4F | 01/19/2025 11:58:10 | Tushy | 11/20/2022 | 12/11/2022 | PA0002384715 |
| 30 | 61F9F9F02A29BAAD1C5EBC57ADB0863BF491A4F7 | 10/09/2024 15:20:25 | Tushy | 10/02/2022 | 11/27/2022 | PA0002388605 |
| 31 | 944065D96551E590627D7886CAD057B166D00B1B | 10/07/2024 16:36:40 | Tushy | 01/31/2019 | 02/22/2019 | PA0002155140 |
| 32 | 846919D9495A4BBAAC6B68024764DCDC8E78D3FD | 10/06/2024 20:49:42 | Blacked | 05/24/2018 | 07/14/2018 | PA0002128376 |
| 33 | 81EA0BD08018505E76769787E8D72F2F33B9FE93 | 07/09/2024 09:20:08 | Tushy | 07/30/2017 | 08/11/2017 | PA0002075051 |
| 34 | C76BB131026FBEC5FEEF9320100C8A7CF6DA3630 | 07/03/2024 05:27:37 | Tushy | 09/18/2022 | 10/05/2022 | PA0002373759 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 6B2468E62F243C78FFEEF7DFDEF49037312ABD1B | 05/06/2024 02:01:54 | Blacked | 02/24/2019 | 03/31/2019 | PA0002163974 |
| 36 | 136FA3183285251BC43A2098FABFB51A9938461A | 03/20/2024 10:32:40 | Blacked | 09/18/2021 | 10/05/2021 | PA0002315291 |